IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA,
ATHENS DIVISION

| | | |
|---|---|---|
| CARLEY JONES, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:12-CV-135(CDL) |
| ZAX, INC., | § § | |
| Defendant. | § § § | |

## **ORDER**

Upon application of the parties and upon review of the private settlement agreement agreed to by the parties in this action, the Court has reviewed this matter and concludes that the terms of the settlement agreement is reasonable and satisfactory. This Court thereby orders that the above-styled action be DISMISSED WITH PREJUDICE. Defendant shall pay Plaintiff's attorneys' fees and court costs in an amount agreed to by the parties in the private settlement agreement.

This 28th day of March, 2013.

s/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE

Case 3:12-cv-00135-CDL   Document 20   Filed 03/28/13   Page 2 of 2